**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,

               Plaintiff,

    -against-

PEDRO SANCHEZ a/k/a PEYIN SANCHEZ,

               Defendant.
----------------------------------------------------------------X

RECEIVED JUN 1 1 2007

06 Civ. 2745 (LBS)(DF)

**REPORT AND RECOMMENDATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-07

**TO THE HONORABLE LEONARD B. SAND, U.S.D.J.:**

### INTRODUCTION

On April 7, 2006, plaintiff Time Warner Cable of New York City ("Plaintiff") filed a complaint with this Court, alleging violations of the Communications Act of 1934 by defendant Pedro Sanchez a/k/a Peyin Sanchez ("Defendant"). On May 10, 2006, Plaintiff served copies of the Summons and Complaint upon Defendant pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure. Defendant has not appeared, answered or otherwise moved with respect to the Complaint.

On June 27, 2006, Judge Leonard B. Sand granted a default judgment against Defendant, and referred the matter to me to conduct an inquest and to report and recommend concerning Plaintiff's damages. For the reasons that follow, I recommend that, on the default judgment, Plaintiff be awarded damages, attorneys' fees, and costs from Defendant, as calculated below.

### BACKGROUND

As alleged in Plaintiff's Complaint, and supported as necessary by the documentation submitted by Plaintiff in support of its Proposed Findings of Facts and Conclusions of Law, the relevant facts are as follows:

**MEMO ENDORSED**

Cir. 1992); *Wesolek v. Canadair Ltd.*, 838 F.2d 55, 58 (2d Cir. 1988); *McCarthy v. Manson*, 714 F.2d 234, 237-38 (2d Cir. 1983).

Dated: New York, New York
June 6, 2007

                                          Respectfully submitted,

                                          _____
                                          DEBRA FREEMAN
                                          United States Magistrate Judge

<u>Copies To</u>:

Hon. Leonard B. Sand
United States District Judge

Shaun K. Hogan, Esq.
Lefkowitz, Hogan & Cassell, LLP
350 Jericho Turnpike, Suite 300
Jericho, NY 11753

Mr. Pedro Sanchez
1760 Madison Avenue, Apt. 302
New York, NY 10029

**MEMO ENDORSED**

Endorsement

No objections having been filed, the Report is adopted and approved. So ordered.

[Signed] LBS
USDJ
8/22/07

22